USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOSEPH PASQUINO, et al.,            :

           Plaintiffs,         :      09 Civ. 4255 (LMM)

      - v -                         :      MEMORANDUM AND ORDER

LEV PARKVIEW DEVELOPERS, LLC., et al., :

           Defendants.         :

------------------------------------x

McKENNA, D.J.,

**1.**

This order applies to the above action and to the actions designated as 09 Civ. 5272, 09 Civ. 5924, 09 Civ. 6264, 09 Civ. 6585, 09 Civ. 6793, 09 Civ. 7393, 09 Civ. 7845, 09 Civ. 8160, 09 Civ. 8487, and 09 Civ. 8613, which are consolidated for all pretrial purposes.

**2.**

The parties shall proceed according to the following schedule (which may be amended by written stipulation signed by all parties).

December 31, 2009 -- Responses to all complaints due; defendants to file motion for summary judgment.

January 29, 2010 -- Plaintiffs to file opposition to defendants' motion for summary judgment and joint cross-motion for summary judgment.

NOV - 3 2009

January 8, 2010 -- Plaintiffs to advise Court in writing of discovery needed.

January 15, 2010 -- Defendants to file objections to plaintiffs' discovery requests.

January 20, 2010 -- Plaintiffs' replies to defendants' objections to plaintiffs' discovery requests.

21 days after denial by Court of discovery request or completion of allowed discovery -- Plaintiffs' replies on their motion for summary judgment.

35 days after denial by Court of discovery requests or completion of allowed discovery -- Defendants' replies on their cross-motion for summary judgment.

Oral argument (if any) as may be directed by Court.

SO ORDERED.

Dated: November 3, 2009

_____
Lawrence M. McKenna
U.S.D.J.